NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent, *v.* FRANK H. COYNE, as Trustee, Appellant, Impleaded with Others.

Argued April 19, 1940; decided May 21, 1940.

*Leon London* and *I. Maurice Wormser* for appellant.
*Pliny W. Williamson, Thomas J. Whalen* and *Francis K. Raynor* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, SEARS and CONWAY, JJ. Taking no part: FINCH, RIPPEY and LEWIS, JJ.